UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04248
  STEVEN OLIVERO
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
  SSN XXX-XX-8279
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/09/07 and confirmed on 06/27/07.

2. The case was converted to Chapter 7 after confirmation, 05/05/2008.

3. The Debtor paid a total of $ 2514.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | SECURED | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | SECURED VEHIC | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 10.50 | 70.44 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| BRYLANE HOME DIRECT MAIL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8931.54 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8057.53 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| ROUNDUP FUNDING LLC | UNSECURED | 5024.82 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 2199.05 | .00 | 300.24 |
| DELL FINANCIAL SERVICES | UNSECURED | 4115.50 | .00 | .00 |
| LHR COLLECTION | UNSECURED | 1723.00 | .00 | .00 |

Summary of disbursements:

| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         2399.05             .00        27852.39             .00        30251.44
PRINCIPAL PAID              370.68             .00             .00             .00          370.68
INTEREST PAID                10.50             .00             .00             .00           10.50
TOTAL PAID                  381.18             .00             .00             .00          381.18
```
The Debtor's attorney, LEEDERS & ASSOC LTD         , was allowed $   3000.00
and was paid $    970.00  direct and $   2030.00  through the plan.

The Trustee received $    102.82 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE